UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KOSTIANTYN LIMANSKYI,

                Plaintiff,

-against-

WHITE PLAINS HOSPITAL, et al.,

                Defendants.

1:25-CV-2239 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By orders dated March 20, 2025, the Court directed Plaintiff, within 30 days, to submit a completed prisoner authorization or pay the $405.00 in fees required to file a civil action in this court, and to submit a signed signature page for his complaint. Those orders specified that failure to comply would result in dismissal of this action. Plaintiff has not filed a prisoner authorization or paid the fees, and he has not filed a signed signature page for his complaint. Accordingly, the Court dismisses this action without prejudice. *See* 28 U.S.C. §§ 1914, 1915; Fed. R. Civ. P. 11(a).

      The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

      The Court directs the Clerk of Court to enter judgment dismissing this action for the reasons set forth in this order.

SO ORDERED.

Dated:   May 20, 2025
           New York, New York

                                /s/ Laura Taylor Swain
                                  LAURA TAYLOR SWAIN
                               Chief United States District Judge