UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KOSTIANTYN LIMANSKYI,

                Plaintiff,

-against-

WHITE PLAINS HOSPITAL, ET AL.,

                Defendants.

25 CIVIL 2239 (LTS)

CIVIL JUDGMENT

For the reasons stated in the May 20, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 21, 2025
             New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge